**Order entered December 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00450-CR

### ANTONIO PATTERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F10-59304-K

## ORDER

The Court **REINSTATES** the appeal.

On September 12, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellant's attorney requested preparation of the record on April 15, 2013; and (4) Janice Garrett is the court reporter who recorded the proceedings.

This appeal has been pending since April 2, 2013. The reporter's record was due on July 24, 2013 and the appeal has been abated since September 12, 2013 for findings regarding the reporter's record. Therefore, we **DO NOT ADOPT** the finding that Ms. Garrett requires an additional sixty days to file the record in this appeal.

We **ORDER** Janice Garrett, official court reporter of the Criminal District Court No. 4, to file the reporter's record by **JANUARY 31, 2014**. We further order that Janice Garrett not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; the Dallas County Auditor; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE